COLORADO STATE BANK, Respondent, *v.* PATRICK H. GALLAGHER, Appellant.

(Argued April 9, 1894; decided April 24, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 21,

1891, which dismissed an appeal from a judgment in favor of defendant entered upon an order of Special Term, overruling a demurrer to the answer and dismissing the complaint.

*L. R. Beckley* for appellant.

*George W. Van Slyck* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.